UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the Bankruptcy Estate of Touch American Holdings, Inc., et al.,<br><br>Plaintiff,<br><br>v.<br><br>SAVVIS COMMUNICATIONS CORP.,<br><br>Defendant. | Case No. 4:05CV1243 RWS |

## **ORDER**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Voluntary Dismissal [#18] is

**DENIED** as it does not meet the requirements of Fed. R. Civ. P. 41(a).

Dated this 2nd day of December, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE