UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT C. WILLIAMS, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., et al., for the benefit of the Bankruptcy Estate of Touch America Holdings, Inc., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVIS COMMUNICATIONS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    *So Ordered* /s/ Rodney W. Sippel USDJ 2/6/06<br><br>Case No.: 4:05-CV-01243-RWS |

### DISMISSAL MEMORANDUM

COMES NOW Plaintiff, Brent C. Williams, as Plan Trustee of the Plan Trust of Touch America Holdings, Inc., *et al.*, for the benefit of the Bankruptcy Estate of Touch America Holdings, Inc., et al., and dismisses with prejudice its cause of action against Defendant Savvis Communications Corporation.

Each party to bear its own court costs and counsel fees.

                FRANKEL, RUBIN, BOND, DUBIN,
                SIEGEL & KLEIN, P.C.

                By: /s/ Mayer S. Klein
                    MAYER S. KLEIN, #3572
                    Attorney for Plaintiff
                    231 South Bemiston Avenue, Suite 1111
                    Clayton, Missouri 63105
                    Telephone: (314) 725-8000
                    Facsimile: (314) 726-5837
                    mklein@frankelrubin.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and mailed by ordinary mail, postage prepaid, by depositing a copy of same in the United States Mail, this 3rd day of February, 2006, addressed to: Robert H. Brownlee, Mike W. Bartolacci, and Seth A. Albin, Thompson Coburn, LLP, One US Bank Plaza, Suite 2600, St. Louis, Missouri 63101.

/s/ Mayer S. Klein
MAYER S. KLEIN